IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS Body Armor I, Inc., *et al*., f/k/a Point Blank Solutions, Inc., *et al*.,<br><br>      Debtors.[1] | Chapter 11<br><br>Case No. 10-11255 (CSS)<br><br>(Jointly Administered) |
| JON JACKS,<br><br>      Appellant,<br><br>  v.<br><br>THE RECOVERY TRUST FOR SS BODY ARMOR I, INC., *et al*., f/k/a POINT BLANK SOLUTIONS, INC., *et al.* and SS BODY ARMOR I, INC. *et al.*,<br><br>      Appellees. | Civ. Action No. 21-00895-MN<br><br>Civ. Action No. 21-00896-MN<br><br>Civ. Action No. 21-00897-MN<br><br>Civ. Action No. 21-00898-MN |

**STIPULATION AND ORDER FOR DISMISSAL OF APPEALS WITH PREJUDICE**

Pursuant to Fed. R. Bankr. P. 8023 and Fed. R. Civ. P. 41(a)(ii), Jon Jacks, individually (the "Appellant"), the Recovery Trust for SS Body Armor I, Inc., *et al.*, f/k/a Point Blank Solutions, Inc., *et al.* (the "Recovery Trust") and SS Body Armor I, Inc. (the "Post-Confirmation Debtor," and, collectively, with the Recovery Trust, the "Appellees"), and Brian K. Ryniker, Larry Ellis, Sanjay Nayar, Rick Rosenbloom, and Jack Thurmon (collectively and solely in their respective

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.

capacities as intervening parties, the "<u>Interveners</u>",[2] and together with the Appellees and the Appellant, the "<u>Parties</u>"), constituting all the Parties to the above-caption appeals,[3] hereby stipulate that the above-captioned appeals (including all issues raised or that could have been raised therein) be dismissed *with prejudice*, with each party to bear its own fees and costs, and waive all rights of further appeal.

*[Signatures on following page]*

---

[2] The Interveners appear in the following capacities: (i) Brian K. Ryniker, solely in his capacities as Recovery Trustee of the Recovery Trust established pursuant to the Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors and member of the Post-Confirmation Debtor Oversight Committee, (ii) Larry R. Ellis, solely in his capacity as member of the Recovery Trust Committee, (iii) Sanjay Nayar, solely in his capacity as member of the Recovery Trust Committee, (iv) Rick Rosenbloom, solely in his capacities as member of the Post-Confirmation Debtor Oversight Committee and member of the Recovery Trust Committee, and (v) Jack Thurmon, solely in his capacity as a member of the Post-Confirmation Debtor Oversight Committee.

[3] Although Carter Ledyard & Milburn LLP ("<u>CLM</u>") is not a Party to the above-captioned appeals, the Parties have consulted with CLM in light of its pending *Motion to Dismiss that Portion of Appeal Relating to Approval of the CLM Settlement* and confirmed that CLM does not object to dismissal of the appeals as stipulated herein.

Respectfully submitted,

Dated: October 6, 2021
Wilmington, DE

**PACHULSKI STANG ZIEHL
& JONES LLP**

*/s/ James E. O'Neill*
Laura Davis Jones (DE 2436)
Alan J. Kornfeld (admitted *pro hac vice*)
James E. O'Neill (DE 4042)
Elissa A. Wagner (admitted *pro hac vice*)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
akornfeld@pszjlaw.com
joneill@pszjlaw.com
ewagner@pszjlaw.com

*Counsel to the Post-Confirmation Debtor*


**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256
Email: sbeach@ycst.com
mneiburg@ycst.com
ajacobs@ycst.com

*Counsel to the Interveners*

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
leonhardt@teamrosner.com
gibson@teamrosner.com

**ARENT FOX LLP**

George P. Angelich (admitted *pro hac vice*)
Beth M. Brownstein (admitted *pro hac vice*)
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: george.angelich@arentfox.com
beth.brownstein@arentfox.com

Jackson D. Toof (admitted *pro hac vice*)
1717 K Street, N.W.
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: jackson.toof@arentfox.com

*Counsel to the Recovery Trust*

**JON JACKS**

*/s/ Jon Jacks*
Jon Jacks, *Pro Se*
1479 Ashford Avenue, #912
San Juan, PR  00907
Telephone: (903) 738-6202
Email:  jon@stockhub.com


**SO ORDERED:**